UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHY CHARLES,

        Plaintiff,                      CASE NO: 15-10139
                                                      HON. VICTORIA A. ROBERTS

v.

1015078 ONTARIO LTD, d/b/a
DOVE CREEK MOTOR EXPRESS,
a foreign corporation,
and ROBERT DAVID LLEWELLYN,
an individual,

        Defendants.
_____/

## ORDER SATISFYING SHOW CAUSE

On February 13, 2015, the Court ordered Plaintiff to show cause why the complete diversity requirement of 28 U.S.C. § 1332 was met. Specifically, the Court required information regarding the place of incorporation for defendant corporation; the citizenship of plaintiff; and the citizenship of the individual defendant.

On February 26, 2015, Plaintiff submitted a satisfactory response to the Court's Order. Accordingly, **IT IS ORDERED** that Plaintiff has shown that diversity exists for the purpose of § 1332.

                                                    S/Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated: March 9, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 9, 2015.

S/Carol A. Pinegar
Deputy Clerk